# DEAL SUMMARY



**EXHIBIT A**

## MTS Motors
1627 Hanover Ave Allentown, PA 18109

Phone: (610) 774-9730    Fax: (610) 821-1065

### Buyer Information

Stephen Harvey

622 Summit House West Chester PA 19382

(610) 416-2687

### Vehicle Information

2016 Kia Forte LX Sedan 4D

| | |
|---|---|
| VIN | KNAFX4A64G5610140 |
| Stock No | 429 |
| Mileage | 96,940 Miles |

### Deal Structure

| | |
|---|---|
| Price | $6,500.00 |
| - Cash Down | $1,000.00 |
| - Trade1 Allowance | $0.00 |
| - Trade2 Allowance | $0.00 |
| + Total Tax | $485.70 |
| + Total Fees | $646.00 |
| + Trade1 Payoff | $0.00 |
| + Trade2 Payoff | $0.00 |
| Term | 48 |
| Days to 1st Pmt. | 30 days |
| APR | 16.39% |

### Deal Information    Deal Type: Finance

| | |
|---|---|
| Deal Number | 1908 |
| Deal Date | 04/17/2025 |
| ROS Number | |
| Service Contract | $1,595.00 |
| Additional Products | $0.00 |
| Insurance | $0.00 |
| GAP | $0.00 |
| Theft | $0.00 |
| Accessories | $0.00 |
| Surface Protection | $0.00 |

### Results

| | |
|---|---|
| Payment | $234.79 |
| Amount Finance | $8,226.70 |
| Finance Charge | $3,043.22 |
| Total Payment | $11,269.92 |