## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

Stephen C. Harvey,

*Debtor*.

Case No. 25-10133-pmm
Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Approve New Debt and Expedite Hearing and all attachments to be electronically served on all parties on the Clerk's service list that are registered to receive notices through the CM/ECF system. I did not serve anyone by mail.

Date: April 21, 2025

/s/ Brad J. Sadek
Brad J. Sadek
1500 JFK Boulevard, Suite 220
Philadelphia, PA 19102
215-545-0008
brad@sadeklaw.com