## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Stephen C. Harvey, <br><br> *Debtor*. | Case No. 25-10133-pmm <br> Chapter 13 |

**Motion to Approve New Debt and Expedite Hearing**

Debtor Stephen C. Harvey, through his attorney, moves this Court for an order allowing him to incur debt, and states as follows:

1. The Debtor filed this case under chapter 13 on January 13, 2025.

2. The Debtor has filed a plan, but it has not yet been confirmed.

3. The Debtor's 2010 Hyundai Santa Fe recently broke down and is unrepairable. A previous motion to incur debt was filed but then withdrawn when it seemed that the car might be repairable after all. However, that turned out not to be the case.

4. The Debtor requests approval to purchase a 2016 Kia Forte or similar vehicle and incur additional debt in the approximate amount of $8,226.70, at an interest rate of 16.39%, with monthly payments of $236.40 for a term of 48 months, which will be paid directly by the Debtor.

5. A proposed sale agreement is attached as Exhibit A.

6. Purchase of this vehicle is necessary to reorganization because the Debtor's plan is funded by his wages, and he needs reliable transportation to and from work. Approval of this request will not prejudice creditors or any other party.

7. Amended Schedule J demonstrates that the above monthly payment on the debt will not affect feasibility of the proposed plan.

8.     The Debtor requests expedited consideration of this Motion under Local Bankr. R. 5070-1. Time is of the essence because the Debtor needs transportation to and from work, and the dealership cannot hold the above vehicle for the Debtor for an extended period.

9.     Jack K. Miller, staff attorney for chapter 13 standing Trustee Kenneth E. West, has informed the Debtor that the trustee does not object to expedited hearing of this Motion.

For the reasons above, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: April 21, 2025                **SADEK LAW OFFICES, LLC**

                                    By: /s/ Brad J. Sadek
                                        Brad J. Sadek
                                        1500 JFK Boulevard, Suite 220
                                        Philadelphia, PA 19102
                                        215-545-0008
                                        brad@sadeklaw.com

                                    *Attorney for Debtor*