**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Stephen C. Harvey,<br><br><br>*Debtor*. | Case No. 25-10133-pmm<br>Chapter 13 |

### Order Granting Motion to Expedite Hearing

**AND NOW**, upon consideration of the Motion to Approve New Debt and Expedite Hearing ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1.  The request for an expedited hearing is **GRANTED**.

2.  A hearing to consider the Motion shall be held on __May 14, 2025__, at __1:00 p.m.__ in Courtroom No. 3, U.S. Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 400 Philadelphia, PA 19107.

3.  Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4.  The Movant shall serve the Motion and this order on the U.S. Trustee, the case Trustee, all secured creditors, and all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on __April 24, 2025__. If the hearing is scheduled less than 48 hours after the Movant receives this order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5.  The Movant shall serve this order and the notice of motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail no later than 5:00 p.m. on __April 24, 2025__.

6.  Prior to the hearing, the Movant shall file a certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date:  April 21, 2025

_____
Patricia M. Mayer
U.S. Bankruptcy Judge