**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
|    Stephen C Harvey | : | Chapter 13 |
| | : | Case No.: 25-10133-PMM |
| Debtor | : | |

## CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq., hereby certify that on the date indicated below a true and correct copy of the Debtor's Motion to Expedite Motion to Sell Property Free and Clear of Liens and the Order Granting Motion to Expedite Hearing electronically or by Regular U.S. Mail upon the Debtor, the U.S. trustee, the standing chapter 13 trustee, all affected parties, and the Debtor's priority, secured, and unsecured creditors at the addresses listed on their proofs of claim.


Dated: April 24, 2025                           */s/ Brad J. Sadek*
                                                                             Brad J. Sadek, Esquire
                                                                             Sadek Law Offices, LLC
                                                                             1500 JFK Boulevard, Suite #220
                                                                             Philadelphia, PA 19102
                                                                             brad@sadeklaw.com
                                                                             215-545-0008