UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| Stephen C. Harvey, | Case No. 25-10133-pmm |
|---|---|
| *Debtor*. | Chapter 13 |

**Order Granting Motion to Approve New Debt**

     **AND NOW**, upon consideration of the Motion to Approve New Debt filed by Debtor Stephen C. Harvey, after notice and hearing, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is allowed to incur post-petition debt to purchase a 2016 Kia Forte or similar vehicle in the approximate amount of $8,226.70, which will be paid directly by the Debtor to MTS Motors or similar finance company in monthly installments of about $236.40, with interest at the rate of about 16.39% for a term of 48 months.

3. ~~The 2010 Hyundai Santa Fe, VIN 5NMSK4AG4AH408699 is determined to be either burdensome or of no appreciable value or benefit to the estate and is therefore abandoned from the estate under 11 U.S.C. § 554.~~

Date: **May 14, 2025**

                                          */s/ Patricia M. Mayer*
                                          Patricia M. Mayer
                                          U.S. Bankruptcy Judge